1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mail: service@moorelawfirm.com

5  Attorney for Plaintiff,
   Darren Gilbert

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARREN GILBERT,<br><br>            Plaintiff,<br><br>     vs.<br><br>BONFARE MARKETS, INC. dba BONFARE MARKET #43; SAMEER ABDULWAHID NAGI dba BONFARE MARKET #43; SANAA A. OBAID dba BONFARE MARKET #43; STOP ' N ' SAVE, INC.;<br><br>            Defendants. | No. 1:22-cv-00605-AWI-BAM<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT, BONFARE MARKETS, INC. dba BONFARE MARKET #43, ONLY** |

WHEREAS, Defendant, Bonfare Markets, Inc. dba Bonfare Market #43 has not filed an answer or motion for summary judgment;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby dismisses only Defendant, Bonfare Markets, Inc. dba Bonfare Market #43 from this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: December 23, 2021           MOORE LAW FIRM, P.C.

                                  */s/ Tanya E. Moore*
                                  Tanya E. Moore
                                  Attorney for Plaintiff,
                                  Darren Gilbert